## AFFIDAVIT OF SPECIAL AGENT RYAN P. GRIFFIN

I, Special Agent Ryan P. Griffin, depose and state as follows:

1. I am a Special Agent with the federal Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been an ATF Special Agent since 2017, and during that time, I have investigated many violations of federal firearm and controlled substance laws. I possess a Juris Doctor from Suffolk University Law School as well as an undergraduate degree in Criminal Justice. I am currently assigned to Group VI in the Boston Field Division of the ATF. This group works with other federal, state, and local police departments north of the City of Boston to investigate and prosecute violations of the federal firearms, explosives, and controlled substance laws. Prior to my employment with ATF, I was employed as a Federal Air Marshal with the U.S. Department of Homeland Security for approximately nine years; and as a Patrolman with the Groton (Massachusetts) Police Department for approximately four years.

2. Based on my training and experience as an ATF special agent, I am familiar with federal firearms laws. In this regard, I know that it is a violation of 18 U.S.C. § 922(g)(1) for a person previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year to possess a firearm or ammunition that has crossed state or national boundaries, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. On the same basis, I know that the possession element of a felon-in-possession charge can be satisfied by showing either actual or constructive possession, and by showing either sole or joint possession. I also know that it is a violation of 26 U.S.C. § 5861(d) to possess a shotgun with a barrel that is under 18 inches in length (a "sawed-off shotgun") without proper registration. As set forth below, there is probable cause to believe that Kadeem ("PIMENTEL") violated 18

U.S.C. § 922(g)(1), and 26 U.S.C. § 5861(d) on or about August 30 and 31 of 2018, by illegally possessing a Savage Arms, Model Stevens 94 Series M, 16-gauge sawed-off shotgun (serial no. P664211), a Sun-City Machinery Co., Model Stevens 320, 12-gauge shotgun (serial no. 172074G), as well as (4) rounds of 16-gauge ammunition and (5) rounds of 12-gauge ammunition.

### Identification of PIMENTEL Carrying Firearm

3. On August 30, 2018, the Haverhill police received a report of "shots fired" at approximately 8:30 p.m. in the vicinity of 88 Fountain Street.  Based on intelligence, the Haverhill Police has identified PIMENTEL as being associated with the Gangsta Disciples, a violent street gang operating in the Lawrence and Haverhill areas, amongst others.  Upon arrival, officers spoke to PIMENTEL, who had minor visible injuries and refused medical treatment.  PIMENTEL initially stated that he was shot at from a passing vehicle while speaking with his friend in front of 88 Fountain Street.  Shortly afterward, investigators were approached by a neighbor, who advised that his/her security cameras had captured the event.  Investigators watched the security video and determined that the shot fired did not come from a passing vehicle, but came from a vehicle associated with PIMENTEL's friend.  Remnants of a purple shotgun shell were also located on the sidewalk in front of 88 Fountain Street.

4. Shortly thereafter, investigators interviewed the friend identified by PIMENTEL. The friend stated that he/she has previously seen PIMENTEL with a firearm that he carries in his waistband.  The friend described it as a short tube with a cut handle with tape on it – a description consistent with a sawed-off shotgun.  The friend stated that he/she had gone to Haverhill with two friends on August 30th to smoke a "blunt" (marijuana) with PIMENTEL.  The friend stated that after driving around with PIMENTEL, they dropped PIMENTEL off at 88 Fountain Street.

He/she stated that as PIMENTEL was getting out of the backseat, he/she heard a loud bang and suspected it was a gun shot.

5. On September 18, 2018, Detective Kenneth Silva and I interviewed the friend again to clarify his/her involvement in the shooting incident on August 30th. He/she told us that PIMENTEL had contacted him/her earlier in the day to purchase an ounce of marijuana. The friend stated that after acquiring the marijuana, he and some friends met with PIMENTEL in front of 88 Fountain Street. He/she stated that PIMENTEL entered his/her vehicle and exchanged $90.00 for the ounce of marijuana. He/she continued that they all smoked for a short time, then drove around briefly, before returning to 88 Fountain Street. He/she stated that as PIMENTEL exited the vehicle, PIMENTEL dropped a small tray that PIMENTAL had been holding and then PIMENTEL's gun went off. According to the friend, PIMENTEL then began saying "Dip, Dip, Dip" in an effort to get the friend to leave quickly.

## Seizure of Two Shotguns and Shotgun Ammunition

6. Following preliminary investigation stemming from the report of "shots fired" on August 30th, investigators obtained a "no knock" search warrant for the 2nd floor of 88 Fountain Street. Officers executed the warrant on August 31st, following surveillance of the residence. During execution of the search warrant, PIMENTEL, who was present with his girlfriend (amongst others), was asked the location of the shotgun that he shot himself with. After a brief hesitation, PIMENTEL told officers that there were two shotguns under his bed. PIMENTEL further stated that there was a long one and short one. When asked if he shot himself with the short one, PIMENTEL's response was "yes." Investigators subsequently recovered the following items: (1) a Savage Arms, Model Stevens 94 Series M, 16-gauge sawed-off shotgun (serial no. P664211)

3

containing a 16-gauge purple shotgun round that was spent, (2) a Sun-City Machinery Co., Model Stevens 320, 12-gauge shotgun (serial no. 172074G) loaded with five 12-gauge rounds, and (3) four 16-gauge rounds located in a bag near PIMENTEL's bed.  The two shotguns were recovered from under the bed used by PIMENTEL and his girlfriend.  PIMENTEL stated that his girlfriend bought the 12-gauge shotgun in New Hampshire.

7. On September 18, 2018, Detective Dana Burrill of the Haverhill Police and I interviewed PIMENTEL's girlfriend at the Haverhill Police Department.  She stated that she purchased both shotguns for her own protection in the spring of 2018.  She stated that she purchased the 12-gauge shotgun at a gun show somewhere in New Hampshire, and that she purchased the 16-gauge at a gun store in Plaistow, New Hampshire.  She stated that when she purchased the 16-gauge that it was not sawed-off.  She initially stated that she had sawed down the barrel and handle of the 16-gauge, but then later admitted that PIMENTEL did it.  She stated that she and PIMENTEL were living in New Hampshire with her mother before being asked to leave in mid-August 2018.  She stated that she and PIMENTEL moved into 88 Fountain Street in Haverhill shortly thereafter and that she brought both shotguns with her to Massachusetts.  She initially stated that she attempted to keep the shotguns from PIMENTEL, but subsequently admitted to allowing PIMENTEL to load, disassemble and reassemble the shotguns.  She acknowledged being aware of PIMENTEL's criminal history and that he could not legally obtain firearms himself.

8. Based on my training and experience in firearms, consultation with ATF agents, review of information, and acquisition of records, I believe that the two firearms identified above were purchased outside of the Commonwealth of Massachusetts, and, thus, had to travel in interstate

commerce to be possessed by PIMENTEL in the Commonwealth of Massachusetts. I have reviewed PIMENTEL's criminal record as maintained by the Massachusetts Criminal History Systems Board. According to those records, PIMENTEL has been convicted of a felony punishable by imprisonment for a term exceeding one year, specifically a conviction on or about June 27, 2014, in Essex Superior Court, for Assault with a Dangerous Weapon. I also know from my training and experience that this offense is a felony under Massachusetts General Law and meets the definition of "crime punishable by imprisonment for a term exceeding one year" as set forth at 18 U.S.C. § 921(a)(20).

9. On August 31, 2018, I personally did a rough measure of the barrel of the sawed-off shotgun possessed by PIMENTEL, while it was in evidence at the Haverhill Police Department. Rough measurement of the barrel showed a length of 10 ¾ inches – well below the 18-inch requirement for registration under federal law. The shotgun was subsequently sent to the Massachusetts State Police laboratory or further analysis.

10. On September 13, 2018 and again on September 20, 2018, queries of the National Firearms Registration and Transfer System were conducted as to the sawed-off shotgun recovered from PIMENTEL. No record was located for PIMENTEL or for the Savage Arms, Stevens 94 Series M, sawed-off shotgun (serial no. P664211).

11. Based on the above, I believe probable cause exists that on or about August 30, 2018, and August 31, 2018, within the District of Massachusetts, Kadeem PIMENTEL, a felon, did possess a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1); and a sawed-off shotgun in violation of 18 U.S.C. § 922(g)(1) and 26 U.S.C. § 5861(d).



_____
Ryan P. Griffin
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me this 3rd day of ~~August~~ October 2018.

_____
HON. M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE